**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **HUDSON INSURANCE COMPANY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MGB GROUP, INC., LICON** | § | No. 3:24-CV-00429-LS |
| **ENGINEERING COMPANY, INC.,** | § | |
| **GALMAL PARTNERSHIP, LP.,** | § | |
| **MARGARITA LICON,** | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Hudson Insurance company moves for default judgment on its breach of contract claims against Defendant MGB Group, Inc. The Court referred the motion to the Honorable Robert Castaneda for report and recommendation, who recommended that the Court deny the motion without prejudice based on insufficient proof of service. No party objected to the recommendation. The Court **ADOPTS** the report and recommendation, **DENIES** Plaintiff's motion for default judgment [ECF No. 32], and **VACATES** the Clerk's entry of default [ECF No. 29]. Plaintiff shall show that MGB Group, Inc.'s San Antonio address was the most recent on file with the Texas Secretary of State and that it timely satisfied all service requirements, or show good cause for failure to timely serve, by **June 3, 2026**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 13, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**